# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Case No. 3:25-cr-00002 |
| Plaintiff, | : District Judge Walter H. Rice |
| vs. | : Magistrate Judge Caroline H. Gentry |
| ANTHONY GOINS, | : |
| Defendant. | : |

## DETAINER ORDER

It is the order of this Court that upon Defendant's release from the custody of the State of Ohio, and after the state proceedings are complete, up to and including serving any state sentence that may be imposed, the Defendant is to be returned to the custody of the United States Marshal Service for further proceedings with this Court.

**IT IS SO ORDERED.**

January 24, 2025                             *s/Caroline H. Gentry*
                                                             Caroline H. Gentry
                                                             United States Magistrate Judge